■ BETH A. TRAVERS, Respondent, v JOHN KULYNYCH, Appellant. [30 NYS3d 823]—Order, Supreme Court, New York County (Milton A. Tingling, J.), entered March 19, 2014, which denied defendant's motion to vacate a default judgment, unanimously affirmed, without costs.

The motion court providently exercised its discretion in denying defendant's motion to vacate the default judgment entered against him on plaintiff's action for conversion, in light of his failure to show a meritorious defense to her well-documented claim (*see* CPLR 5015 [a] [1]; *Singh-Mehta v Drylewski*, 107 AD3d 478 [1st Dept 2013]).

We have considered defendant's remaining arguments and find them unavailing. Concur—Friedman, J.P., Acosta, Saxe, Gische and Webber, JJ.